```
                                              FILED
                                         U.S. DISTRICT COURT
                                            AUGUSTA DIV.
     IN THE UNITED STATES DISTRICT COURT
                                         2005 NOV 21  PM 2: 45
    FOR THE SOUTHERN DISTRICT OF GEORGIA

              DUBLIN DIVISION           CLERK _____
                                         SO. DIST. OF GA.
```

MICHAEL REYNOLDS,                )
                                 )
      Plaintiff,              )
                                 )
v.                               )      CV 305-081
                                 )
J. SIKES, et al,                 )
                                 )
      Defendants.             )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this action is **DISMISSED** without prejudice

SO ORDERED this 21st day of November, 2005, at Augusta, Georgia.

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE